UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No. 5:18-cr-00529 |
| : | No. 5:20-cv-4462 |
| THOMAS C. WRIGHT : | |

# O R D E R

**AND NOW**, this 16th day of March, 2021, upon consideration of Defendant's Motion to Vacate/Set Aside/Correct Sentence under 18 U.S.C. § 2255, ECF No. 24, the Government's response thereto, ECF No. 27, Defendant's traverse, ECF No. 31, and for the reasons set forth in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The motion, ECF No. 24, is **DISMISSED in part and DENIED in part** as set forth in this Court's Opinion.

2. A certificate of appealability shall not issue.

3. The Clerk of Court is **DIRECTED** to close civil action No. 5:20-cv-4462.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge